[No. 44774-2-I. Division One. August 28, 2000.]

MELODNEY V. JONES, *Appellant*, v. BRADLEY R. MARSHALL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-28939-2, Donald D. Haley, J., entered June 11, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Grosse, JJ.

[No. 44714-9-I. Division One. August 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL P. CANNON, *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. RYAN PAUL FREESE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01531-9, Larry E. McKeeman, J., entered May 6, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45542-7-I. Division One. August 28, 2000.]

MICHAEL J. WARDELL, *Respondent*, v. KHALID JIBRIL ABDUL RASHID, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-31652-9, Larry A. Jordan, J., entered October 8, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Appelwick, JJ.

[No. 45043-3-I. Division One. August 28, 2000.]

CHARLES CRABTREE, *Appellant*, v. RICHARD BOWERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-03239-1, Richard D. Eadie, J., entered July 12, 1999. *Affirmed* by unpublished per curiam opinion.